IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Pierce, Gabriel T | Case Number: 07 B 02488 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 5/20/08 | Filed: 2/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 3, 2008
Confirmed: June 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,900.00 |  |
| Secured: |  | 2,180.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,509.00 |
| Trustee Fee: |  | 210.14 |
| Other Funds: |  | 0.00 |
| Totals: | 3,900.00 | 3,900.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,509.00 | 1,509.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | General Motors Acceptance Corp | Secured | 3,831.57 | 530.82 |
| 7. | Greater Chicago Finance | Secured | 2,024.17 | 353.32 |
| 8. | Real Time Resolutions | Secured | 2,913.12 | 181.38 |
| 9. | Wells Fargo Bank | Secured | 17,913.12 | 1,115.34 |
| 10. | ECast Settlement Corp | Unsecured | 208.33 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 137.25 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 4,034.64 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 367.63 | 0.00 |
| 14. | Citibank USA | Unsecured | 554.65 | 0.00 |
| 15. | Greater Chicago Finance | Unsecured | 405.06 | 0.00 |
| 16. | Capital One | Unsecured | 286.52 | 0.00 |
| 17. | Jefferson Capital | Unsecured | 320.68 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 120.00 | 0.00 |
| 19. | Heartland Memorial Hospital | Unsecured | 69.96 | 0.00 |
| 20. | Robert J Coclough III | Unsecured |  | No Claim Filed |
| 21. | Drs Bonded Collection | Unsecured |  | No Claim Filed |
| 22. | Drs Bonded Collection | Unsecured |  | No Claim Filed |
| 23. | Drs Bonded Collection | Unsecured |  | No Claim Filed |
| 24. | Encore | Unsecured |  | No Claim Filed |
| 25. | GE Capital Corporation | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pierce, Gabriel T

Printed:  5/20/08

Case Number:  07 B 02488
Judge:  Wedoff, Eugene R
Filed:  2/13/07

| | | | |
|---|---|---|---|
| 26. | Best Buy | Unsecured | No Claim Filed |
| 27. | Keystone Orthopedic Specialist | Unsecured | No Claim Filed |
| 28. | SBC | Unsecured | No Claim Filed |
| 29. | Washington Mutual Finance | Unsecured | No Claim Filed |
| | | _____ | _____ |
| | | $ 34,695.70 | $ 3,689.86 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 3.78 |
| 5.4% | 206.36 |
| | _____ |
| | $ 210.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____